**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Ashley Ford, et al., | Case No. 5:17-cv-49 |
| Plaintiffs, | Judge Sara Lioi |
| v. | |
| Pennsylvania Higher Education Assistance Agency, et al., | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Case Management Plan and Trial Order for Putative Class Action Matter entered on April 30, 2018 (Doc # 35-4), the parties hereby submit their Joint Status Report.

1. **Discovery**: Plaintiffs served written discovery upon Defendant on May 17, 2018.

2. **Settlement Discussions**: The parties have discussed settlement; however the parties have not been able to reach an agreement.

3. **Pending Motions**: On March 21, 2018, the United States filed a motion to dismiss and for partial judgment on the pleadings. (Doc # 32). On May 21, 2018, Plaintiffs filed their Opposition. (Doc # 37). The United States' reply is due on or before June 18, 2018.

4. **Other Developments:** There is a pending Motion for Transfer of Actions for Coordinated or Consolidated Pretrial Proceedings before the Judicial Panel on Multidistrict Litigation that could involve this case and which would affect the schedule outlined in the Court's Case Management Plan and Trial Order. On May 31, 2018, the Panel held oral argument.

Respectfully submitted,

| | |
|---|---|
| */s/ Troy J. Doucet* | Chad A. Readler |
| Troy J. Doucet (0086350) | Acting Assistant Attorney General |
| 700 Stonehenge Parkway, Suite 2B | |
| Dublin, OH 43017 | Ruth A. Harvey |
| Telephone: (614) 944-5219 | Director |
| Facsimile: (818) 638-5548 | |
| troy@doucet.law | Lloyd H. Randolph |
| | Assistant Director |
| *Counsel for Plaintiffs* | |
| | */s/ Terrance A. Mebane (*per email authority on June 14, 2018) |
| | Terrance A. Mebane |
| | United States Department of Justice |
| | Civil Division |
| | Commercial Litigation Branch |
| | 1100 L Street NW, Room 7524 |
| | Washington, DC 20005 |
| | Telephone: (202) 307-0493 |
| | Facsimile: (202) 307-0494 |
| | Terrance.A.Mebane@usdoj.gov |
| | |
| | *Counsel for the United States Department of Education, and Elisabeth DeVos, in her official capacity as United States Secretary of Education* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed with the Clerk of Courts using the ECF system, which will send notification of such filing to all attorneys of record on this 14th day of June, 2018.

*/s/ Troy J. Doucet*_____
Troy J. Doucet (0086350)